RELATED DDJ      FILED

Zuri A'Giza
Address: 65 Pine Avenue, Suite 183,
Long Beach, CA 90802
Phone number: (424) 744-6891
Email: zuriagiza6@gmail.com
Plaintiff in Pro Per

2023 FEB -7 AM 11: 45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

Zuri A'Giza,
Plaintiff
V.
Department of
Health & Human
Services, and
Kilolo Kijakazi, as
acting
commissioner of
the Social
Security
Administration,
and Jane Doe 1,
and John Doe 2.
Defendant(s)

CASE NUMBER: LACV23-00911-CBM-SP

CIVIL COMPLAINT ALLEGING: BREACH OF CONTRACT CLAIM ON: 8/1/2022, VIOLATING 42 UNITED STATES CODE SECTION 2000d - PROHIBITION AGAINST EXCLUSION FROM PARTICIPATION IN, STSTE-SPONSORED PROGTAMS AND DENIAL OF SUPPLEMENTAL ZECURITY INCOME, WITHOUT NOTIVE, AS IS REQUIRED TO BE DONE UNDER: THE FOURTEENTH AMENDMENT TO THE UNITED STSTES CONSTITUTION, AND DISCRIMINATION UNDER FEDERALLY ASSISTED PROGRAMS ON GROUNAL OF BLACK RACE AND AGE, AT SOCIAL SECURITY ADMINISTRATION OFFICE AT 2005 LONG BEACH BLVD, LONG BEACH, CA 90806. CASE NUMBER: 2224.

PLAINTIFF IS SEEKING DAMAGES UNDER: 42 UNITED STATES CODE SECTION 1933 ALLOWS CLAIMS ALLEGING THE DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES SECURED BY THE CONSTITUTION AND (FEDERAL LAWS). 42 UNITED STATES CODE SECTION 1983..... FEDERAL QUESTION JURISDICTION, BASED ON: (1) A BREACH OF CONTRACT, WITHOUT DUE PROCESS, (2) THE ACTION OCCURRED UNDER COLOR OF STATE LAW AND (3) THE ACTION RESULTED IN THE DEPRIVATION OF A RIGH, UNDER: FOURTEENTH AMENDMENT TO UNITED STATES CONSTITUTION, ON THE GROUNDS: V. ALABAMA, THE UNITED STATES SUPREME COURT RULES THAT STRIKING POTENTIAL JURORS SOLELY BECAUSE OF THEIR SEX, JUST AS WITH RACE, VIOLATES THE 14TH AMENDMENT'S GUARANTEE TO TREAT ALL PEOPLE EQUALLY..... THE PARTY IN THE CASE IS OVER THE AGE OF 18, RESIDENCE CALIFORNIA..... NO RELATED CASES..... NO TRIAL BY JUDGE..... DEFENDANT'S IS A PERSON SUBJECT TO SUIT UNDER SECTION 1983, SEE MONELL V. DEPARTMENT OF SOCIAL SERVICES, 436 U.S. 658 (1978)..... PLAINTIFF IS SEEKING $1,000,000, FROM EACH DEFENDANT, AS COMPENSATORY DAMAGES, BASED ON: (1) LIQUIDATED DAMAGES, (2) PAIN AND SUFFERING, (3) LOSS OF CONSORTIUM, AND (4) PUNITIVV. SETTLEMENT IS OPTION IN THE CASE, WITHOUT EXHAUSTION OF ADMINISTRATIVE REMEDIES, UP TO THE POINT IN TIME, DEFENDANT'S WILL GIVE PLAINTIFF NOTICES IN THE CASE, AS IS REQUIRED TO BE DONE UNDER: STATE LAW, AND RIGHT TO REQUEST FOR RECONSIDERATION AND STATE APPEAL, AS DUE PROCESS, AS IS ENJOYED BY WHITE CITIZENS, UNDER: 42 UNITED STATES CODE SECTION 1981..... RECENT CASE. NUNZIO DONATO CIARAULO V. KILOL KIJAKAZI..... SOCIAL SECURITY ADMINISTRATION (.gov) https://www.ssa.gov.

ORIGINAL

Page 1 of 3 pages
CIVIL COMPLAINT; FEDERL QUESTION JURISDICTION

## 1. PARTY

A. On 4/11/53, President Eisenhower abolished the Flexible Spending Account (FSA) and created a new Department of Health, Education and Welfare (HEW). Social Security Administration was made part of this new cabinet agency. HEW was replaced by the Department of Health & Human Services on 5/4/80.

B. Using federal laws, regulation, and Agency policies and procedures, the state agency completes the disability decision for Social Security. In addition, the Social Security Administration (SSA) reviews a sample of initial disability claims prior to a final determination. December 21, 2021.

C. Supplemental Security Income (SSI), is a federal program that provides monthly payments to people with limited income and few resources. SSI is for people who are 65 or older, as well as people of any age, including children, who are blind or have disabilities.

D. Defendant's known or should have known, plaintiff case was based on legal blindness, confirmed by Social Security doctors, as plaintiff (SSI) currently medical records. The monthly Substantial Gainful Activity (SGA) amount for statutorily blind individuals for 2023, is $2460. For non-blind individuals, the monthly (SGA) amount for 2023 is $1470. Developmental Services. Plaintiff did not refuse to cooperate, and Social Security Administration can find plaintiff, and was no work incentives etc.

E. Post Office Box means a compartment on the premises of a central mailing location, whether the location is administered by the United States postal service or a commercial mail service entity, in which a patron's incoming mail is held until collected by the patron. Plaintiff knowingly address is 65 Pine Avenue, Suite 183 Long Beach, CA 90802.

## 2. SUBJECT - MATTER JURISDICTION

As a general matter, there are two well-established situations where the exhaustion requirement does not apply; If procedures are inadequate or the appeal is futile.

Defendant's had a standard of care, as the Social Security Act policy, and intentionally did not follow that's standard of care, in plaintiff case, due to black race and age.

### CONCLUSION

The Social Security Act established two types of provisions for old-age security: (1) Federal aid to the States to enable them to provide cash pensions to their needy aged, and , and (1) a system of Federal old age benefits for retired workers.

### 4. DAMAGES

SSI (Supplemental Security Income) Benefits is benefits are paid of the 1st of the month. Unless the 1st falls on the issued the Friday before the 1st.

### 5. FUTURE DAMAGES

Only in plaintiff case, the action of defendant's breach in the case, was intentionally in violation of Code of Federal Regulations section 404.503. Underpayments, and 42 United States Code section 205 Denial Social Security Benefits.

### 6. 23 UNITED STATES CODE SECTION 1746 - UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY

If executed without the United States: I declare (or certify, verify or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on: Thursday, February 2, 2023.

Signed by: _Zuri A'Giza_

Zuri A'Giza.
Plaintiff in Pro Per
Address: 65 Pine Avenue Suite 183,
Long Beach, CA 90802
Phone number: (424) 744-6891
Email: zuriagiza6@gmail.com