UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI A'GIZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendant(s). | Case No. CV 23-0911-CBM (SP)<br><br>**ORDER DISMISSING FOR FAILURE TO PROSECUTE AND/OR COMPLY WITH COURT ORDER  [JS-6]** |

　　　　On February 7, 2023, Plaintiff filed a Complaint (Dkt. 1), along with a request to proceed in forma pauperis (Dkt. 4).  Because Plaintiff requested leave to proceed in forma pauperis in this action, the Court screened the Complaint to determine whether the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  See 28 U.S.C. § 1915(e)(2).

　　　　On February 22, 2023, the Court denied Plaintiff's request to proceed in forma pauperis without prejudice and dismissed the Complaint with leave to amend. (Dkt. 6).  The Court allowed Plaintiff thirty (30) days in which to file an amended complaint and a renewed request to proceed in forma pauperis.  (Id.). The Court warned Plaintiff that failure to timely file an amended complaint in conformity with the Court's Order may result in dismissal of the action.  (Id.).

1       More than 30 days have now passed, and Plaintiff has not filed an amended
2 complaint or otherwise prosecuted this case or complied with the Court's February
3 22, 2023 Order.

4       Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE**
5 for Plaintiff's failure to prosecute and/or comply with the Court's Order. See Fed.
6 R. Civ. P. 41(b); see also Link v. Wabash R. Co., 370 U.S. 626, 630-31 (1962)
7 ("The authority of a court to dismiss sua sponte [pursuant to Rule 41(b)] for lack of
8 prosecution has generally been considered an 'inherent power,' governed not by
9 rule or statute but by the control necessarily vested in courts to manage their own
10 affairs so as to achieve the orderly and expeditious disposition of cases.");
11 Pagtalunan v. Galaza, 291 F.3d 639, 642-43 (9th Cir. 2002), cert. denied, 538 U.S.
12 909 (2003) (court may dismiss action for failure to follow court order).

Dated: APRIL 3, 2023

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge